Shamsher Medih Chisti
TDCJ-ID No. 1490300
James A. Lynaugh Unit
1098, South Hwy 2037
Fort Stockton, Tx 79735

FILED IN
1ST COURT OF APPEALS
HOUSTON. TEXAS

JUN 1 9 2015

CHRISTOPHER A. PRINE
CLERK

To,

Christopher A. Prine
Clerk of the Court
First Court of Appeals
301 Fannin Street
Houston, Tx 79735

Date: June 15, 2015

Styled: Shamsher Medih Chisti v. Sana Chisti aka Kiran Wilwerding

Court of Appeals Cause No. 01-13-00780-CV

Trial Court Cause No. 2013-12431

Appealed from 257th District Court of Harris County, Texas

Dear Mr. Prine,

Greetings. On June 11, 2015, the Law Library Supervisor called to your office at 11:17 A.M. enquiring about the status of my case. The Supervisor asked the clerk is any Mandate issued in this case, the clerk on the phone replied that there is no mandate in this case and the case is on Petition Review.

Can you please explain in your reply what kind of Petition Review my case is on, and how long it will take to the trial Court to put my case back on docket. On March 03, 2015, this honorable Court reversed and remanded this case back to the trial Court for further proceedings.

If you please inform me the status and what is the update on my case will really help me.

Thank you for your time and attention in this matter.

Sincerely Yours,

X _____
Shamsher M. Chisti

cc: file

Chisti Shamsher #1490300
James A. Lynaugh Unit
1098, South Hwy 2037
Fort Stockton, Tx 79735

*** Legal Mail ***

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TX

JUN 19 2015

CHRISTOPHER A. PRINE
CLERK

MIDLAND / ODESSA
TX 797 1 L
15 JUN 2015 PM

77002 2066

To,

Christopher A. Prine
Clerk of the Court
First Court of Appeals
301 Fannin Street
Houston, Tx 77002-2066